**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-01044-CV

_____

**ANGEL FUENTES, Appellant**

**V.**

**POST STELLA, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1261677**

## MEMORANDUM OPINION

Appellant's brief was due on February 12, 2026. No brief was filed. On March 23, 2026, the Court issued a notice to appellant, advising that appellant's brief was overdue and that the appeal might be dismissed unless the brief or a motion for

extension was filed by April 2, 2026. *See* TEX. R. APP. P. 38.8(a). No response or brief was filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.